UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BRIANELL DUNCAN                                CIVIL ACTION

VS.                                            NO. 2:18-CV-6897-MLCF-MBN

LIFR INSURANCE COMPANY OF NORTH AMERICA

### ORDER

Considering the parties Joint Motion to Stay Proceedings Pending Exhaustion of the Administrative Process:

**IT IS ORDERED** that the Joint Motion is **GRANTED** and this matter is administratively closed pending exhaustion of the Administrative Process. Any party may file a written motion to lift the stay and reopen the case after administrative remedies have been exhausted.

SIGNED on this  21st  day of  September, 2018.

_____
UNITED STATES DISTRICT JUDGE